# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TALAMANTEZ, | Case No. 1:16-cv-01712-SKO  HC |
| Petitioner, | |
| v. | ORDER DIRECTING CLERK OF COURT TO AMEND CAPTION |
| ELVIN VALENZUELA, Warden, | |
| Respondent. | |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party.  In the above-captioned case, Josie Gastelo has succeeded Elvin Valenzuela as warden of California Men's Colony in San Luis Obispo, California.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Josie Gastelo, Warden, California Men's Colony,  as Respondent.

IT IS SO ORDERED.

Dated:   __**November 14, 2016**__          _____/s/ *Sheila K. Oberto*_____

UNITED STATES MAGISTRATE JUDGE

1